# EXHIBIT A-2

Electronically Filed
6/6/2022 3:06 PM
Hidalgo County District Clerks
Reviewed By: Armando Cantu

CAUSE NO. C-2085-22-E _____

| | | |
|---|---|---|
| MICHAEL CANO and MARINA CANO | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | |
| | § | |
| SELENE FINANCE, LP and U.S. BANK | § | |
| TRUST NATIONAL ASSOCIATION, and | § | |
| the following persons or entities in their | § | |
| capacity as substitute trustee only: | § | |
| SANDRA MENDOZA, ARNOLD | § | HIDALGO COUNTY, TEXAS |
| MENDOZA, CONNIE COBB, | § | |
| CONSTANCE LEWIS, ALEXIS | § | |
| MENDOZA, CLYDE COBB, JULIE | § | |
| MARTIN, THOMAS DELANEY, DANYA | § | |
| GLADNEY, AARON DEMUTH, | § | |
| CODILIS & MOODY, P.C., and | § | |
| SERVICELINK AGENCY SALES AND | § | |
| POSTING, LLC | § | _____ JUDICIAL DISTRICT |

## PLAINTIFFS' ORIGINAL PETITION AND APPLICATION FOR EX-PARTE TEMPORARY RESTRAINING ORDER AND TEMPORARY INJUNCTION

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME MICHAEL CANO and MARINA CANO, hereinafter called "Plaintiffs," complaining of and about SELENE FINANCE, LP and U.S. BANK TRUST NATIONAL ASSOCIATION, and the following persons or entities in their capacity as substitute trustee only: SANDRA MENDOZA, ARNOLD MENDOZA, ARNOLD MENDOZA, CONNIE COBB, CONSTANCE LEWIS, ALEXIS MENDOZA, CLYDE COBB, JULIE MARTIN, THOMAS DELANEY, DANYA GLADNEY, AARON DEMUTH, CODILIS & MOODY, P.C., and SERVICELINK AGENCY SALES AND POSTING, LLC, hereinafter called "Defendants," and for cause of action would respectfully show the Court and jury the following:

C-2085-22-E

## I.

## DISCOVERY PLAN

1.1   Plaintiffs intend to conduct discovery under Level III of the Texas Rules of Civil Procedure 190.4 in accordance with a discovery control plan tailored to the circumstances of the specific suit.

## II.

## JURISDICTION

2.1   Plaintiffs seek damages within the jurisdictional limits of the Court.

2.2   Plaintiffs seek monetary relief of $250,000 or less and non-monetary relief.

## III.

## VENUE

3.1   Venue is proper in Hidalgo County, Texas, pursuant to Section 15.002(a) of the Civil Practice & Remedies Code because all or a substantial part of the events or omissions giving rise to Plaintiffs' causes of action occurred in Hidalgo County, Texas.

## IV.

## PARTIES

4.1   Plaintiff MICHAEL CANO is an individual residing in Hidalgo County, Texas.

4.2   Plaintiff MARINA CANO is an individual residing in Hidalgo County, Texas.

4.3   Defendant, SELENE FINANCE, LP, is a Delaware limited partnership which may be served with process by serving its registered agent for service of process, Corporation Service Company D/B/A CSC-Lawyers Inc., at 211 E. 7th St., STE 620, Austin, Texas 78701, or wherever the registered agent may be found.

Case 7:23-cv-00332   Document 1-3   Filed on 09/28/23 in TXSD   Page 4 of 8

Electronically Filed
6/6/2022 3:06 PM
Hidalgo County District Clerks
Reviewed By: Armando Cantu

C-2085-22-E

4.4   Defendant, U.S. BANK TRUST NATIONAL ASSOCIATION, may be served by serving its president, Andrew Cecere, at 1850 Osborn Ave., Oshkosh, WI, 54902 or wherever he may be found.

4.5   Sandra Mendoza, substitute trustee, is an individual who may be served with process at her usual place of business at Codilis & Moody, P.C., 400 N. Sam Houston Pkwy E., STE 900A, Houston, Texas 77060, or wherever she may be found.

4.6   Arnold Mendoza, substitute trustee, is an individual who may be served with process at his usual place of business at Codilis & Moody, P.C., 400 N. Sam Houston Pkwy E., STE 900A, Houston, Texas 77060, or wherever he may be found.

4.7   Connie Cobb, substitute trustee, is an individual who may be served with process at her usual place of business at Codilis & Moody, P.C., 400 N. Sam Houston Pkwy E., STE 900A, Houston, Texas 77060, or wherever she may be found.

4.8   Constance Lewis, substitute trustee, is an individual who may be served with process at her usual place of business at Codilis & Moody, P.C., 400 N. Sam Houston Pkwy E., STE 900A, Houston, Texas 77060, or wherever she may be found.

4.9   Alexis Mendoza, substitute trustee, is an individual who may be served with process at her usual place of business at Codilis & Moody, P.C., 400 N. Sam Houston Pkwy E., STE 900A, Houston, Texas 77060, or wherever she may be found.

4.10   Clyde Cobb, substitute trustee, is an individual who may be served with process at his usual place of business at Codilis & Moody, P.C., 400 N. Sam Houston Pkwy E., STE 900A, Houston, Texas 77060, or wherever he may be found.

4.11   Julie Martin, substitute trustee, is an individual who may be served with process at her usual place of business at Codilis & Moody, P.C., 400 N. Sam Houston

Case 7:23-cv-00332   Document 1-3   Filed on 09/28/23 in TXSD   Page 5 of 8

Electronically Filed
6/6/2022 3:06 PM
Hidalgo County District Clerks
Reviewed By: Armando Cantu

C-2085-22-E

Pkwy E., STE 900A, Houston, Texas 77060, or wherever she may be found.

4.12   Thomas Delaney, substitute trustee, is an individual who may be served with process at his usual place of business at Codilis & Moody, P.C., 400 N. Sam Houston Pkwy E., STE 900A, Houston, Texas 77060, or wherever he may be found.

4.13   Danya Gladney, substitute trustee, is an individual who may be served with process at her usual place of business at Codilis & Moody, P.C., 400 N. Sam Houston Pkwy E., STE 900A, Houston, Texas 77060, or wherever she may be found.

4.14   Aaron Demuth, substitute trustee, is an individual who may be served with process at his usual place of business at Codilis & Moody, P.C., 400 N. Sam Houston Pkwy E., STE 900A, Houston, Texas 77060, or wherever he may be found.

4.15   Codilis & Moody, P.C., a Texas professional corporation, may be served with process by serving its registered agent, Registered Agent Solutions, Inc., at 5301 Southwest Pkwy, STE 400, Austin, Texas 78735, or wherever the registered agent may be found.

4.16   ServiceLink Agency Sales and Posting, LLC, is a California limited liability company, and may be served with process by serving its registered agent, CT Corporation System, at 1999 Bryan St., STE 900, Dallas, Texas 75201, or wherever the registered agent may be found.

## V.

## FACTS

5.1   On or about March 16, 2005, Plaintiffs purchased a home located in Hidalgo County Texas. The purchase was financed, and the loan was secured by a deed of trust over property legally described as follows:

Case 7:23-cv-00332   Document 1-3   Filed on 09/28/23 in TXSD   Page 6 of 8

Electronically Filed
6/6/2022 3:06 PM
Hidalgo County District Clerks
Reviewed By: Armando Cantu

C-2085-22-E

Lot 4, THE HIGHLANDS SUBDIVISION, an Addition to the City of Mission, Hidalgo County, Texas, according to map thereof recorded in Volume 43, Page 171, Map Records of Hidalgo County, Texas.

Hereinafter "the Property".

5.2   The deed of trust was assigned to Defendants on March 14, 2022. After falling into financial difficulty, Plaintiffs reached out to Defendants to remodify the loan in order to reduce the payments. Plaintiffs accordingly fell behind on their regular payments, but Defendants, acting by and through their duly authorized agents and representatives, represented to Plaintiffs that it would help remodify the loan after all necessary paperwork was submitted. However, on or about May 10, 2022, Defendants served notice of acceleration of the loan and notice of posting foreclosure for June 7, 2022, at 10:00am.

5.3 Plaintiffs are in the process of securing financing to completely pay off the entire lien amount within the next 45 days to make Defendants whole.

## VI.

## **PROMISSORY ESTOPPEL**

6.1   Plaintiff realleges and incorporates by reference each of the preceding paragraphs as if fully set forth herein.

6.2   A promise was made by Defendants to remodify Plaintiffs' loan once Plaintiff submitted all necessary paperwork.

6.3   Plaintiffs' reliance on Defendants' promises was foreseeable considering Plaintiff's financial situation. Plaintiff was unable to make payments and relied on the Defendants' statements that the loan would be remodified.

6.4   Plaintiffs relied on the promises to the Plaintiff's detriment. While the loan was in the remodification stage, interest was building on the loan, and Defendants have

Case 7:23-cv-00332   Document 1-3   Filed on 09/28/23 in TXSD   Page 7 of 8

Electronically Filed
6/6/2022 3:06 PM
Hidalgo County District Clerks
Reviewed By: Armando Cantu

C-2085-22-E

started exercising foreclosure rights in breach of their agreement with Plaintiffs. Plaintiffs made no payments because the loan was not yet remodified by Defendants, and therefore Plaintiffs were unaware of what amount to pay.

## VII.

## JURY DEMAND

7.1   Plaintiffs demand a jury trial and tenders the appropriate fee with this petition.

## VIII.

## CONDITIONS PRECEDENT

8.1   All conditions precedent to Plaintiffs' claims for relief have been performed or have occurred.

## IX.

## OBJECTION TO ASSOCIATE JUDGE

9.1   Plaintiffs object to the referral of this case to an associate judge for hearing a trial on the merits or presiding at a jury trial.

## X.

## APPLICATION FOR EX-PARTE TEMPORARY RESTRAINING ORDER, AND TEMPORARY INJUNCTION

10.1   Plaintiffs ask this Court to grant an ex-parte temporary restraining order, temporary injunction, and/or permanent injunction immediately preventing Defendants from foreclosing, selling, or transferring any interest in the Property in any way.

10.2   Plaintiffs ask that this Court grant the temporary restraining order *ex parte* because it clearly appears from specific facts shown by affidavit that immediate and irreparable injury, loss, or damage will result to the applicants before notice can be

Electronically Filed
6/6/2022 3:06 PM
Hidalgo County District Clerks
Reviewed By: Armando Cantu

C-2085-22-E

served and a hearing had thereon.

## PRAYER

WHEREFORE, Plaintiffs pray that Defendants be cited to appear and answer and that, upon final trial of this cause, Plaintiffs have and recover judgment from Defendant as follows:

a. For compensatory damages in a sum in excess of the minimum jurisdictional limits of the Court, and to be determined by the trier of fact;

b. For cost of suit incurred herein;

c. For interest, prejudgment and postjudgment as allowed by law; and

d. For such other and further relief to which Plaintiffs may be justly entitled.

Respectfully submitted,

LAW OFFICE OF
FRANCISCO J. RODRIGUEZ
1111 West Nolana, Suite A
McAllen, Texas 78504
Telephone: (956) 687-4363
Telecopier: (956) 687-6415

By:/s/ *Francisco J. Rodriguez*
    FRANCISCO J. RODRIGUEZ
    State Bar No. 17145800
    frankr@mcallenlawfirm.com
    DANIELLE C. RODRIGUEZ
    State Bar No. 24075952
    danielle@mcallenlawfirm.com
    JARED A. CLARK
    State Bar No. 24101626
    jared.clark@mcallenlawfirm.com

ATTORNEYS FOR PLAINTIFFS