IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| MICHAEL CANO AND MARINA CANO, § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> SELENE FINANCE LP AND U.S. BANK § <br> TRUST NATIONAL ASSOCIATION, ET AL, § <br> § <br> Defendants. § | CAUSE NO. 7:23-cv-00332 |

## JOINT STATUS REPORT

Come now Plaintiffs Michael Cano ("Mr. Cano") and Marina Cano ("Ms. Cano") (Mr. Cano and Ms. Cano collectively, "Plaintiffs"), Defendants Selene Finance LP ("Selene") and U.S. Bank Trust National Association, not in its Individual Capacity but Solely as Owner Trustee for RCF 2 Acquisition Trust ("Trustee") (Selene and Trustee collectively, the "Selene Defendants"), ServiceLink Agency Sales and Posting, LLC ("ServiceLink"), and Intervenor Seer Labs, LLC ("Seer" or "Intervenor") (Plaintiffs, the Selene Defendants, ServiceLink and Seer are collectively, the "Parties") and, pursuant to the Court's Order, file this Joint Status Report to apprise the Court as to the status of Plaintiffs obtaining permission from the Bankruptcy Court to employ counsel to represent them in this action.

### Procedural History

1. This action was removed to this Court on September 28, 2023. The Plaintiffs initiated this lawsuit (the "Lawsuit") on June 6, 2022, in effort to stop a foreclosure sale of real property located in Hidalgo County, Texas (the "Property"). Seer was the third-party purchaser of the Property at a foreclosure sale (the "Foreclosure Sale") on June 7, 2022 (the "Foreclosure Sale Date").

1

2.  Prior to the Foreclosure Sale Date, Mr. Cano and Ms. Cano filed a bankruptcy case under Chapter 13 styled *in re Michael K. Cano and Marina T. Cano*, previously pending in the Southern District of Texas as Case No. 21-70160 ("Bankruptcy Case No. 1").[1] Bankruptcy Case No. 1 was dismissed on March 3, 2022.

3.  After the Foreclosure Sale Date, on or about November 14, 2022, Ms. Cano filed a bankruptcy case under Chapter 13 styled *in re Marina T. Cano*, previously pending in the Southern District of Texas as Case No. 22-70189 ("Bankruptcy Case No. 2").  Bankruptcy Case No. 2 was dismissed on February 29, 2023.

4.  On or about August 29, 2023 (the "Petition Date"), Mr. Cano filed a bankruptcy case under Chapter 11, styled *in re: Michael Keith Cano, Debtor*, currently pending in the Southern District of Texas Bankruptcy as Case No. 23-70170 ("Bankruptcy Case No. 3").

5.  After the filing of Bankruptcy Case No. 3, this action was removed pursuant to 28 U.S.C. §§ 1334 and 1452, and Federal Rule of Bankruptcy Procedure 9027.

## Status of Retention of Counsel

6.  On February 2, 2024, the Bankruptcy Court in Bankruptcy Case No. 3 entered an order authorizing the employment of Mr. Rodriguez to represent Mr. Cano in this matter.

Respectfully submitted,

*/s/ Francisco J. Rodriguez* (with permission)
**Francisco J. Rodriguez**
State Bar No. 17145800
frankr@mcallenlawfirm.com
**Danielle C. Rodriguez**
State Bar No. 24075952
danielle@mcallenlawfirm.com
**Jared A. Clark**

---

[1] Mr. Cano also filed a Chapter 13 bankruptcy case before Bankruptcy Case No. 1 styled *in re Michael Keith Cano*, previously pending in the Southern District of Texas as Case No. 19-70308.  This case was dismissed on November 21, 2019.

State Bar No. 24101626
jared.clark@mcallenlawfirm.com
LAW OFFICE OF FRANCISCO J. RODRIGUEZ
1111 West Nolana, Suite A
McAllen, Texas 78504
Telephone: (956) 687-4363
Facsimile: (956) 687-6415

**ATTORNEYS FOR PLAINTIFFS**

*/s/ Jason L. Sanders* (with permission)

**Jason L. Sanders, Attorney in Charge**
Southern I.D. No. 597751
Texas Bar No. 24037428
jsanders@sanderscollins.com
(214) 775-0631 Direct
(214) 499-7709 Cell
**Caroline E. Allen**
Southern I.D. No. 3708027
Texas Bar No. 24121320
callen@sanderscollins.com
(214) 775-0635 Direct
(575) 808-3206 Cell
SANDERS COLLINS PLLC
325 N. St. Paul St., Suite 3100
Dallas, Texas 75201
Main Telephone: (214) 775-0630
Facsimile: (214) 242-3004
www.sanderscollins.com

**ATTORNEYS FOR DEFENDANT
SELENE FINANCE LP AND U.S. BANK TRUST
NATIONAL ASSOCIATION**

*/s/ Jeana Laguna* (with permission)
**Jeana Laguna, Attorney in Charge**
Southern District No. 1129085
Texas Bar No.: 24074611
jeana@laguna-law.com
LAGUNA LAW, PLLC
1305 E. Nolana Ave., Suite F
McAllen, Texas 78504
Telephone: (956) 605-1581

**COUNSEL FOR INTERVENOR
SEER LABS, LLC**

3

/*s/ Brandon Hakari*
**Brandon Hakari**
Texas Bar No. 24107552
brandon.hakari@fnf.com
**Gregory T. Brewer**
Texas Bar No. 00792370
gregory.brewer@fnf.com
FIDELITY NATIONAL LAW GROUP
Legacy Tower Center II
6900 Dallas Parkway, Ste 610
Plano, Texas 75024
Telephone: (972) 812-6550
Facsimile: (972) 812-9408

**COUNSEL FOR DEFENDANT SERVICELINK AGENCY SALES AND POSTING, LLC**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was served upon all counsel of record via the Court's CM/ECF system pursuant to the Federal Rules of Civil Procedure on February 21, 2024.

/*s/ Brandon Hakari*
Counsel for Defendant ServiceLink Agency Sales and Posting, LLC