United States District Court
Southern District of Texas

**ENTERED**

June 05, 2024

Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

| | | |
|---|---|---|
| **MICHAEL CANO AND** | § | |
| **MARINA CANO,** | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 7:23-CV-00332** |
| | § | |
| **SELENE FINANCE LP, U.S. BANK** | § | |
| **TRUST NATIONAL ASSOCIATION,** | § | |
| **CONNIE COBB, CODILIS & MOODY,** | § | |
| **P.C., SERVICELINK AGENCY SALES** | § | |
| **AND POSTING, LLC,** | § | |
| | § | |
| **Defendants,** | § | |
| | § | |
| **SEER LABS, LLC,** | § | |
| | § | |
| **Intervenor.** | § | |

## ORDER REFERRING THE CASE TO THE BANKRUPTCY COURT

Pending before the Court is Plaintiffs' Motion to Refer Case to the Bankruptcy Court (Dkt. No. 26).

General Order No. 2012-6 of the Southern District of Texas automatically refers "[b]ankruptcy cases and proceedings arising under Title 11 or arising in or related to a case under Title 11 of the United States Code . . . to the bankruptcy judges of this district," barring exceptions that do not apply here. Because General Order No. 2012-6 applies to this case and because the sole basis for removing this action from state to federal court is the removing defendants' assertion that "[t]he State Court Action and the claims and causes of action asserted therein are related to Debtor's Bankruptcy Case" (Dkt. No. 1 at 5), automatic referral to the Bankruptcy Court is appropriate.

This case is therefore transferred to the United States Bankruptcy Court for the Southern District of Texas, which is administering the Chapter 11 bankruptcy case of Plaintiff Michael Keith Cano, *In re Estate of Cano* (Case No. 23-70170).

It is SO ORDERED. Signed

on June __5__, 2024.

DREW B. TIPTON
UNITED STATES DISTRICT JUDGE

2